IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAVIN BAROT, | : | 4:14-CV-00673 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| V. | : | |
| | : | |
| SUSQUEHANNA PHYSICIAN SERVICES D/B/A SUSQUEHANNA HEALTH MEDICAL GROUP, DIVINE PROVIDENCE HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, SUSQUEHANNA HEALTH SYSTEM, and SUSQUEHANNA PHYSICIAN SERVICES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

March 28, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. The Motion to Compel Discovery filed by Plaintiff Navin Barot (ECF No. 32) is DENIED;

2. Any deposition inquiries involving members of the physician Compensation Committee of Susquehanna Health shall be limited in subject to Plaintiff Navin Barot and shall not include questions about deliberations regarding other physicians' compensation.

1

BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge