IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAVIN BAROT, | : |
| Plaintiff | : |
| V. | : Civil Action No: |
| | :      4:14-cv-00673-MWB |
| SUSQUEHANNA PHYSICIAN SERVICES D/B/A SUSQUEHANNA HEALTH MEDICAL GROUP, DIVINE PROVIDENCE HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, SUSQUEHANNA HEALTH SYSTEM, and SUSQUEHANNA PHYSICIAN SERVICES, | : Honorable Matthew W. Brann |
| Defendant | : *ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF COUNTS I, II, III AND IV OF PLAINTIFF'S COMPLAINT**

On April 8, 2014, Plaintiff filed a Complaint against the above captioned Defendants (Doc. 1), containing five Counts.  Counts I through IV against Defendants are based upon alleged discrimination based upon Plaintiff's race and national origin.  Count V is a breach of contract claim.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and all Defendants, by and through undersigned counsel, hereby jointly stipulate to dismiss Counts I, II, III and IV of this action **with prejudice**.  Count V for breach

of contract, and all supporting factual allegations, shall remain.  Each party shall bear his/its own costs and attorneys' fees with respect to the discontinued Counts.

Respectfully submitted this 10th day of October, 2016.

| | |
|---|---|
| *s/ Larry A. Weisberg* | *s/ Brian Bluth* |
| Larry A. Weisberg | Brian J. Bluth, Esquire |
| **McCarthy Weisberg Cummings, P.C.** | **McCormick Law Firm** |
| 2041 Herr Street | 835 West Fourth Street |
| Harrisburg, PA 17103 | Williamsport, PA 17701 |
| (717) 238-5707 | (570) 326-5131 |
| Fax (717) 233-8133 | Fax (570) 601-0768 |
| lweisberg@mwcfirm.com | bbluth@mcclaw.com |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

APPROVED BY THE COURT:

_____
Matthew W. Brann
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

By: /s/ Larry A. Weisberg
Larry A. Weisberg