# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAVIN BAROT, | : | No. 4:14-CV-00673 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| SUSQUEHANNA PHYSICIAN SERVICES d/b/a SUSQUEHANNA HEALTH MEDICAL GROUP, DIVINE PROVIDENCE HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, SUSQUEHANNA HEALTH SYSTEM, and SUSQUEHANNA PHYSICIAN SERVICES, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 9th day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Navin Barot's Motion for Partial Summary Judgment (ECF No. 61) is **DENIED**;

2. Defendants Susquehanna Physician Services d/b/a Susquehanna Health Medical Group, Divine Providence Hospital of the Sisters of Christian Charity, Susquehanna Health System, and Susquehanna Physician Services' Motion for Summary Judgment (ECF No. 64) is **GRANTED** in its entirety; and

3. The Clerk of Court is directed to enter final judgment in favor of the Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge